**Gloria CARREON, Relator,**

v.

**Debra J. HEISICK, Respondent,**

v.

**Swift & Company, Self–Insured/Conagra, Employer,**

**and**

**MN Department of Labor & Industry,**

**U.S. Benefit & Risk Management, Intervenors.**

No. CX–00–723.

Supreme Court of Minnesota.

July 25, 2000.

Catherine R. Caitlin, Minneapolis, for relator.

Debra J. Heisick, Minneapolis, for respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed April 7, 2000, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:
K.A. Blatz
Chief Justice